**FILED**

AUG 0 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROPOSED ORDER/COVER SHEET

TO: **Honorable Maria Elena James**
U.S. Magistrate Judge

RE: Lam, Wings

FROM: **Richard W. Wieking, Acting Chief**
U.S. Pretrial Services Officer

DOCKET NO.: CR08-0461

DATE: **August 4, 2008**

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Josh Libby**
U.S. PRETRIAL SERVICES OFFICER

415-436-7501
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __B__ on __8-14-08__ at __10:00 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

JUDICIAL OFFICER
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

8-7-08
DATE